53 A.3d 1315

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Melvin T. SHARPE, Jr., Respondent.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2012.

Decided Sept. 28, 2012.

Paul J. Killion, Amelia C. Kittredge, Disciplinary Board of the Supreme Court of PA, for Office of Disciplinary Counsel.

Melvin T. Sharpe, Jr., pro se.

### ORDER

PER CURIAM.

Upon consideration of the Report and Recommendations of the Disciplinary Board dated November 18, 2011, and following oral argument, it is hereby

ORDERED that Melvin T. Sharpe, Jr., is disbarred from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.